UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

T. STEPHEN CHURCH,

Plaintiff,

v.

CENTRAL LIVESTOCK ASSOCIATION, INC. and COOPERATIVE RESOURCES INTERNATIONAL, INC.,

Defendants.

CIVIL NO. 01-2107 (DSD/JMM)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: November 28, 2001

JOHN M. MASON
United States Magistrate Judge

Filed DEC 04 2001
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

This civil action has now been referred to Magistrate Judge Jonathan G. Lebedoff pursuant to recusal.

Civil action number remains the same except for initials.

01-2107 DSD/JGL

Civil action number with new Magistrate Judge's initials to be used on all future pleadings and documents submitted to the Court regarding this action 01-2107 DSD/JGL.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500