UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

T. Stephen Church,

Plaintiff, Court File No. CIV 01-2107 (JEL/JGL)

v.

Central Livestock Association, Inc., and
Cooperative Resources International,

Defendants.

**ORDER GRANTING MOTION TO COMPEL DISCOVERY**

This matter came before the Court on Defendants' Motion to Compel Discovery. Based on all the files and proceedings in this matter, it is hereby

**ORDERED** as follows:

1. Plaintiff shall respond fully to Defendants' Interrogatories to Plaintiff (Set I) and Requests for Production of Documents (Set I) by August 9, 2002.

2. Defendants are awarded ~~$340~~ $200 representing the attorneys' fees incurred in bringing this motion. additional $140 is due if deadline isn't met

Dated: July 30, 2002

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge

FILED 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK