UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

T. Stephen Church,

Plaintiff,

vs.

Central Livestock Association, Inc., a Minnesota corporation; Cooperative Resources International, Inc., a Wisconsin corporation,

Defendants.

Court File No. CIV 01-2107 (JEL/JGL)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel, that this matter may be dismissed in its entirety with prejudice and without costs or attorneys' fees to any party.

Dated: September 5, 2002

GOLDSMITH & ASSOCIATES, LTD.

By ______________________
Scott K. Goldsmith (#35956)
P.O. Box 103
265 N. Old Crystal Bay Road
Long Lake, MN 55356
Telephone: (612) 340-9500

Attorneys for Plaintiff

SEP 0 9 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

Dated: September 5, 2002

DORSEY & WHITNEY LLP

By [signature]
David J. Lauth (#14552X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 343-7940

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: Sept 9, 2002

[signature]
The Honorable Joan E. Lancaster
United States District Judge